FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 6 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-mj-926-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STEPHEN ALLAN FOSTER, | ) | |
| | ) | |
| Defendant. | ) | |

On July 23, 2014, defendant plead guilty to Count 1 of the Complaint. Defendant was ordered to pay a $500.00 fine and a $10.00 assessment. Defendant's 64-hours of community service was converted to a fine in the amount of $640.00. The total amount owed by defendant is $1,150.00. As of February 6, 2015, defendant has paid $1,500.00.

**IT IS HEREBY ORDERED** that defendant be reimbursed $350.00, since defendant has over paid.

DATED this 6th day of February 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge